IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC, et al,<br><br>Plaintiff,<br><br>vs.<br><br>KORY BOYD, an individual, and RAKOR, LLC, a Utah limited liability company,<br><br>Defendants. | **ORDER DISMISSING ALL CLAIMS**<br><br>Case No. 2:18-cv-00273<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells |

Based upon the parties' Stipulated Motion to Dismiss All Claims, and for good cause appearing, the court hereby ORDERS that all claims set forth in the Complaint and the above-captioned action are hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs. The Clerk of Court is directed to close the case.

DATED this 13th day of December, 2018.

_____
Clark Waddoups
United States District Judge